IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| QUAD CITIES WATERKEEPER, an Illinois not for profit corporation, AND PRAIRIE RIVERS NETWORK, an Illinois not for profit corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DAVID G. BALLEGEER, an individual, BALLEGEER TRUCKING, Inc., an Illinois corporation, BALLEGEER EXCAVATING, Inc., an Illinois corporation, AND FRANCIS BALLEGEER, an individual,<br><br>　　　　Defendants. | Case No. 4:12-cv-04075-SLD-JEH<br><br>**NOTICE OF APPEAL** |

　　　Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the Amended Judgment (Doc. 174), entered into this action on January 23, 2018, and including the District Court's underlying Order (Doc. 173), dated January 17, 2018. Plaintiffs appeal the part of the Order and Judgment denying their Motion for Attorneys' Fees and Litigation Costs (Doc. 156).

Respectfully submitted this 14th day of February, 2018.

　　　　　　　　　　　　　　　　　　s/ Kevin Cassidy
　　　　　　　　　　　　　　　　　　Kevin Cassidy
　　　　　　　　　　　　　　　　　　Oregon State Bar #025296
　　　　　　　　　　　　　　　　　　Email: cassidy@lclark.edu
　　　　　　　　　　　　　　　　　　Earthrise Law Center
　　　　　　　　　　　　　　　　　　Lewis & Clark Law School
　　　　　　　　　　　　　　　　　　P.O. Box 445
　　　　　　　　　　　　　　　　　　Norwell, MA 02061
　　　　　　　　　　　　　　　　　　Tel: (781) 659-1696

　　　　　　　　　　　　　　　　　　*Counsel of Record for Plaintiffs on Appeal*

*Application for Admission to U.S. Court of Appeal for the Seventh Circuit Forthcoming*

*Additional Counsel for Plaintiffs:*

Lia Comerford
Oregon State Bar #141513
Email: comerfordl@lclark.edu
Earthrise Law Center
Lewis & Clark Law School
10015 S.W. Terwilliger Blvd.
Portland, OR 97219
Tel: (503) 768-6823

*Application for Admission to U.S. Court of Appeal for the Seventh Circuit Forthcoming*

Albert Ettinger (ARDC #3125045)
Ettinger.Albert@gmail.com
53 W. Jackson #1664
Chicago, IL 60604
Tel: (773) 818-4825

*Member, U.S. Court of Appeals for the Seventh Circuit*

## CERTIFICATE OF SERVICE

I certify that on February 14, 2018, on behalf of Plaintiffs, I electronically filed the foregoing Notice of Appeal, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Peter Wenker, Anne Dunbar, Jeffrey McDaniel, Attorneys for Defendants**

**Albert Ettinger, Kevin Cassidy, Attorneys for Plaintiffs**

DATED this 14th day of February, 2018.

                                                  Respectfully submitted,

                                                  s/ Lia Comerford
                                                  Lia Comerford
                                                  Oregon State Bar #141513
                                                  Email: comerfordl@lclark.edu
                                                  Earthrise Law Center
                                                  Lewis & Clark Law School
                                                  10015 S.W. Terwilliger Blvd.
                                                  Portland, OR 97219
                                                  Tel: (503) 768-6823